CHRIS T. RASMUSSEN, ESQ.
Nevada Bar No.:007149
RASMUSSEN LAW P.C.
520 S. Fourth Street
Las Vegas, Nevada 89101
Tel: (702) 384-5563
ctr@rasmussenlaw.com
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALEXIS MARTINEZ,<br>Defendant. | Case No. 2:26-CR-00048-GMN-MDC<br>**ORDER DIRECTING CORPORATION OF AMERICA TO ALLOW CONTACT VISITATION WITH DETAINEE ALEXIS MARTINEZ** |

IT IS HEREBY ORDERED: That Corrections Corporation of America allow Licensed Investigator Marc Humphries to have contact visitations with Alexis Martinez

DATED THIS 30th day of October, 2026

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE